Michael H. Trenholm (Bar No. 163291)
mtrenholm@kmob.com
John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502

Attorneys for Plaintiff BEAUTY 21 COSMETICS, INC.

David W. Swift (Bar No. 235033)
dswift@kwikalaw.com
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, Third Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9871

Attorneys for Defendant RICH ON, INC.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BEAUTY 21 COSMETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICH ON, INC., a California corporation,<br><br>Defendant. | Case No. 5:12-CV-00328 VAP (OPx)<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hon. Virginia A. Phillips |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff BEAUTY 21 COSMETICS, INC. and Defendant RICH ON, INC. (jointly, the "Parties"), acting through their respective counsel of record, hereby stipulate to a dismissal, with prejudice, of all claims and counterclaims in this action. The Parties shall bear their own costs and attorneys' fees in connection with this action.

**IT IS SO STIPULATED.**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 11/6/12     By: _____
Michael H. Trenholm
John W. Holcomb
Nicholas M. Zovko
Attorneys for Plaintiff BEAUTY 21 COSMETICS, INC.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

Dated: 11/6/2012     By: _____
David W. Swift
Attorneys for Defendant RICH ON, INC.

14213756
110512

IT IS SO ORDERED

Dated 11/8/12

_____
United States District Judge

-1-